UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

UNITED STATES OF AMERICA

-against-

SHEU HONG TAM YIP,
also known as "Suzanne,"
also known as "Susan," and
GUIXIANG YUE,
also known as "Charlie,"

           Defendants.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

24-CR-293 (S-1)(NRM)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law and all prior papers and proceedings herein, the Defendant Guixiang Yue, will move before the Honorable Nina R. Morrison, United States District Judge for the Eastern District of New York, at the United States District Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, as soon as counsel may be heard, for orders:

1. Granting severance from co-defendant Sheu Hong Tam Yip; and
2. For such other and further relief as the Court deems just and proper.

Dated: Hempstead, New York
       November 10, 2025

                                      Respectfully submitted,

                                      BRILL LEGAL GROUP, P.C.
                                      *Attorneys for Guixiang Yue*

                                      By: Peter E. Brill
                                      64 Hilton Ave.
                                      Hempstead, NY 11550
                                      (516) 206-2002
                                      pbrill@brill-legal.com